NUMBER 13-07-523-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


ARTURO OCHOA GONZALES, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 105th District Court of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION





Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam
 


 Appellant, ARTURO OCHOA GONZALES, attempts to appeal a conviction for
unauthorized use of a vehicle. The trial court has certified that "the defendant has waived
the right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On August 29, 2007, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On September 24, 2007, counsel filed a letter brief with this Court. Counsel's
response fails to establish either that the certification currently on file with this Court is
incorrect or that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal is
dismissed. Any pending motions are denied as moot.


 PER CURIAM


Do not publish. 

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 11th day of October, 2007.